IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEJANDRO PRADO,

    Petitioner,               No. CIV S-05-0677 GEB KJM P

    vs.

D.L. RUNNELS,

    Respondent.            FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner has filed a document titled "writ of mandamus" in which petitioner asks that California Department of Corrections officials process one of petitioner's prisoner grievances. The Federal Mandamus Act (28 U.S.C. § 1361) may only be invoked to compel federal officials to perform certain duties. Cf. Silveyra v. Moschorak, 989 F.2d 1012, 1014 n.1 (9th Cir. 1993).[1] Because California Department of Corrections officials are not federal officials, the court will recommend that this action be dismissed.[2]

---

[1] Silveyra has been superseded by statute on other grounds. See Campos v. I.N.S., 62 F.3d 311 (9th Cir. 1995).

[2] It appears petitioner ultimately wishes to challenge the fact that he has been deemed a gang member by certain prison officials. While the court expresses no opinion as to whether petitioner could ultimately state a claim upon which this court could grant petitioner any relief, petitioner may challenge his conditions of confinement, if those conditions violate some provision of the Constitution, in an action brought under 42 U.S.C. § 1983.

1

1  In accordance with the above, IT IS HEREBY RECOMMENDED that
2  petitioner's April 6, 2005 "writ of mandamus" be dismissed.
3  These findings and recommendations are submitted to the United States District
4  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
5  days after being served with these findings and recommendations, petitioner may file written
6  objections with the court and serve a copy on all parties.  Such a document should be captioned
7  "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that
8  failure to file objections within the specified time may waive the right to appeal the District
9  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
10 DATED: April 21, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
prad0677.57(4.06.05)

2